UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Wednesday, June 4, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc., will appear before District Judge Elaine E. Bucklo in the courtroom usually occupied by her, Room 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion for Leave to Withdraw Counsel, a copy of which has been served upon you via the Court's electronic filing system.

Dated: May 30, 2014           Respectfully Submitted,

                                       By:     /s/ Andrew C. Erskine

                                               J. Erik Connolly
                                               *EConnolly@winston.com*
                                               Andrew C. Erskine
                                               *AErskine@winston.com*
                                               WINSTON & STRAWN LLP
                                               35 West Wacker Drive
                                               Chicago, Illinois 60601
                                               Tel.: (312) 558-5600
                                               Fax: (312) 558-5700

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 30, 2014, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                /s/ Andrew C. Erskine
                One of the attorneys for Defendants