**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:14-cv-02280 |
| | ) | |
| BANK OF AMERICA et al., | ) | Judge Elaine Bucklo |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF FILING</u>**

TO:     Bank of America et al.

      **PLEASE TAKE NOTICE** that on this day **Tuesday, July 15, 2014,** I filed on behalf Plaintiff County of Cook the following document attached hereto: **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS**. A copy of this document is herewith served upon you.

Respectfully submitted,

By: <u>/s/ Daniel A. Dailey</u>
Daniel A. Dailey
Attorney for Plaintiff

**James D. Montgomery & Associates Ltd.**
One North LaSalle Street Suite 2450
Chicago, Illinois  60602
Phone: (312) 977-0200
Fax:    (312) 977-0209
ddailey@jdmlaw.com