IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:14-cv-02280 |
| | ) |
| BANK OF AMERICA CORPORATION, | ) HONORABLE ELAINE E. BUCKLO |
| BANK OF AMERICA, N.A., COUNTRYWIDE | ) |
| FINANCIAL CORPORATION, | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| COUNTRYWIDE BANK, FSB, | ) |
| COUNTRYWIDE WAREHOUSE LENDING, | ) |
| LLC, BAC HOME LOANS SERVICING, LP, | ) |
| MERRILL LYNCH & CO., INC., MERRILL | ) |
| LYNCH MORTGAGE CAPITAL INC., AND | ) |
| MERRILL LYNCH MORTGAGE LENDING, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF DANIEL A. DAILEY IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Daniel A. Dailey, declare:

1. I am an associate in the law firm James D. Montgomery and Associates, Ltd. and counsel to Plaintiff County of Cook (hereinafter, "Plaintiff") in the above-captioned lawsuit. I submit this Declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of the June 12, 2014 Order from Judge Percy Anderson of the United States District Court for the Central District of California in the case of *City of Los Angeles v. Bank of America Corp., et al.*, No. 2:13-cv-9046, 2014 WL 2770083 (C.D. Cal. 2014).

1

3. Attached as Exhibit B is a true and correct copy of the June 9, 2014 Order from Judge Otis D. Wright, II of the United States District Court for the Central District of California in the case of *City of Los Angeles v. CitiGroup Inc., et al., No. 2:13-cv-9009, 2014 WL 2571558 (C.D. Cal. 2014)*.

4. Attached as Exhibit C is a true and correct copy of the May 28, 2014 Order from Judge Otis D. Wright, II of the United States District Court for the Central District of California in the case of *City of Los Angeles v. Wells Fargo, et al., No. 2:13-cv-9007, 2014 WL 2206368 (C.D. Cal. 2014)*.

5. Attached as Exhibit D is a true and correct copy of the September 25, 2013 Order from Judge Steve C. Jones of the United States District Court for the Northern District of Georgia in the case of *DeKalb Cty., et al. v. HSBC N. Am. Holdings, Inc., et al., No. 1:12-CV-03640-SCJ, 2013 WL 7874104 (N.D. Ga. 2013)*.

6. Attached as Exhibit E is a true and correct copy of the July 8, 2014 Order from Judge William P. Dimitrouleas of the United States District Court for the Southern District of Florida in the case of *City of Miami v. Bank of America Corp., et al., No. 13-24506-CIV, 2014 WL 3362348 (S.D. Fla. 2014)*.

7. Attached as Exhibit F is a true and correct copy of the July 9, 2014 Order from Judge William P. Dimitrouleas of the United States District Court for the Southern District of Florida in the case of *City of Miami v. Wells Fargo & Co., et al., No. 13-24508-CIV, 2014 WL _____ (S.D. Fla. 2014)*.

8. Attached as Exhibit G is a true and correct copy of the July 9, 2014 Order from Judge William P. Dimitrouleas of the United States District Court for the Southern District of

Florida in the case of *City of Miami v. CitiGroup Inc., et al., No. 13-24510-CIV, 2014 WL _____ (S.D. Fla. 2014)*.

9. Attached as Exhibit H is a true and correct copy of the April 22, 2011 Order from Judge J. Frederick Motz of the United States District Court for the District of Maryland in the case of *Mayor & City Council of Baltimore v. Wells Fargo Bank, N.A., CIV. JFM-08-62, 2011 WL 1557759 (D. Md. 2011)*.

10. Attached as Exhibit I is a true and correct copy of the July 2, 2009 Order from Chief Judge Benson Everett Legg of the United States District Court for the District of Maryland in the case of *Mayor & City Council of Baltimore v. Wells Fargo Bank, N.A., 631 F. Supp. 2d 702 (D. Md. 2009)*.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July, 2014.

/s/ Daniel A. Dailey
Daniel A. Dailey