UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24510-CIV-DIMITROULEAS

CITY OF MIAMI, a Florida municipal
corporation,

    Plaintiff,

vs.

CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITI
HOLDINGS, INC.; and CITICORP
TRUST BANK, FSB,

    Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS CAUSE is before the Court upon the Amended Motion to Dismiss (the "Motion") [DE 35], filed herein on March 10, 2014 by Defendants Citigroup Inc., Citibank, N.A., CitiMortgage, Inc., Citi Holdings, Inc., and CitiCorp Trust Bank, FSB ("Defendants"). The Court has carefully considered the Motion [DE 35], the Plaintiff City of Miami ("Plaintiff" or "City")'s Opposition [DE 42], the Defendants' Reply [DE 51], the parties' supplemental filings, and is otherwise fully advised in the premises.

By separate Order entered today in *City of Miami v. Bank of America Corp, et al.*, case no. 13-cv-24506-WPD, the Court entered an Order Granting Motion to Dismiss. [DE 71]. That Order is adopted and incorporated herein. Based upon the Court's discussion and analysis set

1

forth in that Order, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Amended Motion to Dismiss [DE 35] is hereby **GRANTED**;

2. Count I – Violation of the FHA is hereby **DISMISSED WITH PREJUDICE**[1];

3. Count II – Unjust enrichment is hereby **DISMISSED WITHOUT PREJUDICE**.[2]

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 9th day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

---

[1] While it is possible that an amendment could remedy the statute of limitations problems the Court has identified with Plaintiff's Complaint, it would not remedy the Plaintiff's lack of standing to bring this action under the FHA.

[2] While it does not appear that Plaintiff can overcome the deficiencies in its claim for unjust enrichment, in an abundance of caution, the Court will dismiss this count without prejudice, with leave to amend in accordance with the analysis set forth this Order. If Plaintiff chooses to file an amended complaint, the deadline to do so is July 21, 2014. As currently pled, Plaintiff's unjust enrichment claim is pled as a supplemental jurisdiction state law claim. The Court takes no position, at this time, as to whether it would exercise supplemental jurisdiction over a complaint that only contains a state law claim.