**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on October 16, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc., will appear before District Judge Elaine E. Bucklo in the courtroom usually occupied by her, Room 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the Defendants' Motion for Leave to Submit Supplemental Authority in Support of

Defendants' Motion to Dismiss Complaint, a copy of which has been served upon you via the Court's electronic filing system.

Dated: October 7, 2014             Respectfully Submitted,

                                   By:    /s/ Thomas M. Hefferon

                                          J. Erik Connolly
                                          *EConnolly@winston.com*
                                          WINSTON & STRAWN LLP
                                          35 West Wacker Drive
                                          Chicago, Illinois 60601
                                          Tel.: (312) 558-5600
                                          Fax: (312) 558-5700

                                          Thomas M. Hefferon
                                          *THefferon@goodwinprocter.com*
                                          James W. McGarry
                                          *JMcGarry@goodwinprocter.com*
                                          Matthew S. Sheldon
                                          *MSheldon@goodwinprocter.com*
                                          GOODWIN PROCTER LLP
                                          901 New York Avenue, N.W.
                                          Washington, D.C. 20001
                                          Tel.: (202) 346-4000
                                          Fax: (202) 346-4444

                                          *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on October 7, 2014, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                      /s/ Thomas M. Hefferon
                                      One of the attorneys for Defendants