**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|   |   |
|---|---|
| COOK COUNTY, ILLINOIS,    )  |   |
|                           )  |   |
| Plaintiff,                )  |   |
|                           )  |   |
| v.                        )  | Case No. 14-cv-2280 |
|                           )  |   |
| BANK OF AMERICA ET AL.,   )  | Judge Elaine E. Bucklo |
|                           )  |   |
| Defendants.               )  |   |
|                           )  |   |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Plaintiff County of Cook, Illinois, respectfully files this Response to Defendants' Motion for Leave to Submit Supplemental Authority in Support of Defendants' Motion to Dismiss Complaint.

Cook County does not oppose Defendants' filing of the order in *City of Miami Gardens v. Wells Fargo & Co., et al.,* 14-22203-CIV-Moreno, ECF No. 28 (S.D. Fla. Oct. 1, 2014). *Miami Gardens* is permitting an amended complaint to be filed that provides certain additional specificity particular to Miami Gardens' claims since the allegations in that complaint were more generalized and simply tracked the complaints filed by the cities of Miami and Los Angeles. *Miami Gardens* did not dismiss the plaintiff's complaint with prejudice, nor did the court find that the municipal plaintiff lacked standing or that the plaintiff's claims were time-barred.

Thus, *Miami Gardens* directly contrasts with the erroneous orders of Judge Dimitrouleas, also in the United States District Court for the Southern District of Florida, dismissing **with**

*prejudice* similar complaints brought by the City of Miami in *City of Miami v. Bank of America Corp.*, No. 1:13-cv-24506-WPD, 2014 WL 3362348 (S.D. Fla. July 9, 2014) (Dimitrouleas, J.) (*motion for reconsideration denied*, Sept. 8, 2014); *City of Miami v. Wells Fargo & Co.*, No. 1:13-cv-24508-WPD (S.D. Fla. July 9, 2014) (no Westlaw cite available) (adopting and incorporating the order in *City of Miami v. Bank of America Corp.*, 2014 WL 3362348); *City of Miami v. Citigroup Inc.*, No. 1:13-cv-24510-WPD (S.D. Fla. July 9, 2014) (same).[1]

*Miami Gardens* mandate requiring additional specificity, (e.g., the names of confidential witnesses), appears to be inconsistent with the Rule 8 pleading standard. Regardless, Plaintiff submits that its Complaint in the case at bar is more than sufficient to survive Defendants' pending Motion to Dismiss, as shown in Plaintiff's Memorandum of Law in Response to Defendants' Motion to Dismiss (ECF-1:14-cv-02280 Document #: 35).

Respectfully submitted this 8th day of October, 2014.

Dated: October 8, 2014

ANITA ALVAREZ,
STATE'S ATTORNEY FOR COOK COUNTY

By: /s/ Daniel A. Dailey
Special Assistant State's Attorney
James D. Montgomery, Sr.
jmontgomery@jdmlaw.com
James D. Montgomery, Jr.
james2@jdmlaw.com
John K. Kennedy
jkennedy@jdmlaw.com

---

[1] As Cook County explained in its Memorandum of Law in Response to Defendant's Motion to Dismiss ("MTD Response"), ECF No. 35 pg. 22, the court in the *Miami* actions wrongly applied Eleventh Circuit precedent that is not binding on this Court to complaints that, on their face, are distinguishable from the Complaint at issue here. *See* MTD Response at 5, n. 9.

2

Daniel A. Dailey
ddailey@jdmlaw.com
JAMES D. MONTGOMERY AND
ASSOCIATES, LTD.
One North LaSalle Street
Suite 2450
Chicago, Illinois 60602
Phone: (312)977-0200
Fax: (312)977-0209

James M. Evangelista (admitted *pro hac vice*)
jim@hpllegal.com
Jeffrey R. Harris (admitted *pro hac vice*)
jeff@hpllegal.com
Darren W. Penn (admitted *pro hac vice*)
darren@hpllegal.com
David J. Worley (admitted *pro hac vice*)
david@hpllegal.com
HARRIS PENN LOWRY LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA 30361
Phone: (404)961-7650
Fax: (404)961-7651

*Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: October 8, 2014                /s/ Daniel A. Dailey__
                                      Daniel A. Daily