IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

County of Cook,

        Plaintiff,

v.

Bank of America Corp., et al.,

        Defendants.

No. 14-cv-2280
Judge Elaine E. Bucklo

## NOTICE OF MOTION

To:    Thomas M. Hefferon                      Joel E. Connolly
        James W. McGarry                     Ryan M. Dunigan
        Sabrina M. Rose-Smith             Winston & Strawn LLP
        Matthew S. Sheldon                   35 W. Wacker Dr.
        Goodwin Procter LLP                Chicago, IL 60601
        901 New York Ave., NW
        Washington, DC 20001

      PLEASE TAKE NOTICE that on May 7, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 2243 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Unopposed Motion for Extension of Time to File Response of Cook County to Defendants' Motion for Certified-Question Appeal**, which was previously filed and served upon you.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                        /s/ John K. Kennedy
                                                        John K. Kennedy, Attorney