**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:14-cv-02280 |
| | ) |
| BANK OF AMERICA CORPORATION, | ) HONORABLE ELAINE E. BUCKLO |
| BANK OF AMERICA, N.A., COUNTRYWIDE | ) |
| FINANCIAL CORPORATION, | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| COUNTRYWIDE BANK, FSB, | ) |
| COUNTRYWIDE WAREHOUSE LENDING, | ) |
| LLC, BAC HOME LOANS SERVICING, LP, | ) |
| MERRILL LYNCH & CO., INC., MERRILL | ) |
| LYNCH MORTGAGE CAPITAL INC., AND | ) |
| MERRILL LYNCH MORTGAGE LENDING, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JAMES M. EVANGELISTA IN SUPPORT OF PLAINTIFFS'
REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR ORDER TO COMPEL
PRODUCTION OF DOCUMENTS**

I, James M. Evangelista, hereby provide the following declaration in support of Plaintiffs' Motion For Order to Compel Production of Documents ("Motion to Compel") [Dkt. No. 78].

1.      I am a partner with Harris Penn Lowry LLP, counsel for Plaintiff in the above-captioned lawsuit.  I am over 21 years of age and am legally competent to execute this sworn declaration.  The facts stated herein are based on my personal knowledge and are true.  I am admitted pro hac vice to practice before this Court.

2.      On September 18, 2015, the County accepted the "offer" that Defendants claimed to have previously made to the County (as Defendants indicated during the September 11, 2015

hearing). The County stated this acceptance in writing and represented that it would withdraw this matter from the Motion to Compel if Defendants would produce all the responsive documents from 2004 forward as they had represented to the Court that they had offered to do. See Exhibit A attached hereto. Defendants immediately refused the County's compromise position in an email later in the evening on September 18.

3.      I participated in a September 21, 2015 meet and confer conference call with counsel for Defendants.  During the call the Defendants made, and the County in fact accepted, Defendants' proffer regarding their Mortgage Electronic Registrations Systems documents.  As such, I affirmatively told Defendants' counsel that the County would withdraw this portion of the motion and Defendants could represent this agreement to the Court in their Opposition Brief.

4.      During the September 21 conference call, the parties also discussed Defendants' self-critical analysis privilege.  Defendants offered to search for and produce a narrow range of documents, and to log other documents to the extent Defendants withheld them on the basis of their self-critical analysis.  Because the proffered production was limited to documents post-2009 in the possession of a particular department of Defendant Bank of America and had to explicitly identify Cook County, I told Defendants' counsel that the County could not agree to Defendants' proffer, and withdraw this issue from the Motion to Compel, unless the County first had an opportunity to review the documents that the Defendants agreed to search for and produce.

5.      Defendants have indicated over the course of the numerous meet and confer sessions, that they have already collected, reviewed, and produced large amounts of documents, particularly including in an electronic format, in various regulatory proceedings, governmental lawsuits, and private litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October, 2015.

/s/ James M. Evangelista
James M. Evangelista