UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

County Of Cook
                                   Plaintiff,

v.                                                     Case No.: 1:14−cv−02280
                                                              Honorable Elaine E. Bucklo

Bank of America Corporation, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 7, 2015:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held and continued to 1/29/16 at 9:45 AM. Out of town counsel is permitted to attend telephonically. Parties are to confer and file a report regarding outstanding discovery disputes by 1/15/16. By 12/11/15, defendants shall provide a sample of 10 loan files (AS400 files) to plaintiff. The sample shall include seven loan files that originated prior to 2009. Four of those shall have gone through foreclosure with at least one being REOd. Furthermore, one shall have been denied a HAMP modification. Finally, two of the pre−2009 loans shall have originated with Countrywide Financial Corporation. Three of the sample loan files shall be from files that originated after 2009 with at least two having gone through foreclosure. Based upon the sample loan files, plaintiff shall notify defendants by 12/18/15 what fields it wishes to have included in the Servicing Platform Data. Defendants have already agreed to produce all the fields included in the Loan Application Registration (LAR) data. Defendants shall also produce the borrower names, the property addresses, whether the loan was sold to another servicer. If sold to another Servicer, the data shall include what servicer purchased the loan. Finally, defendants shall produce the data as to second lien loans (HELOCs). The date for Amended Pleadings is extended to January 30, 2016. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.