UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., and MERRILL LYNCH MORTGAGE LENDING, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 14-cv-2280  Honorable Elaine E. Bucklo  Magistrate Judge Mary M. Rowland |
| Defendants. | ) ) |

**JOINT MOTION TO EXTEND DEADLINE TO FILE A
REPORT REGARDING OUTSTANDING DISCOVERY DISPUTES**

County of Cook (the "County") and Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC,[1] BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants") respectfully jointly move this Court pursuant to Fed. R. Civ. P. 6(b)(1) for a 7-day extension of the January 15, 2016 date currently set for the parties to submit a joint report regarding the status of outstanding

---

[1] Countrywide Warehouse Lending, LLC ("CWL") merged into BofA Merrill Lynch Asset Holdings, Inc. in March 2014 and CWL no longer exists.

discovery disputes in this matter. In support of this motion, the County and Defendants state as follows:

1. The County filed a Motion to Compel Production of Documents on September 8, 2015 (Dkt. 78), and the Defendants filed their Response on October 1, 2015. (Dkt. 84). On October 22, 2015, Judge Bucklo denied Plaintiff's motion to compel and referred the case to this Court for discovery supervision. (Dkt. 86).

2. On December 7, 2015, the Court ordered that the parties confer and file a report regarding outstanding discovery disputes by January 15, 2016. (*See* Dkt. 91.)

3. Since the December 3, 2015 status hearing, the parties have met and conferred regarding outstanding discovery disputes. To further attempt to resolve outstanding issues, the parties plan to meet in person on January 19, 2016. Therefore, the parties seek a short extension of the deadline to file a report regarding outstanding discovery disputes, so they can attempt to make further progress and narrow the issues raised before the Court.

WHEREFORE, the County and Defendants respectfully request that this Court extend the deadline to file a report regarding outstanding discovery disputes in this matter, which was originally set for January 15, 2016, to a date on or after January 22, 2016.

Dated: January 14, 2016

Respectfully submitted,

/s/ Jim Evangelista

*Attorneys for Plaintiff County of Cook*

*/s/    Ryan M. Dunigan*

J. Erik Connolly
*EConnolly@winston.com*
Ryan Dunigan
*RDunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*THefferon@goodwinprocter.com*
James W. McGarry
*JMcGarry@goodwinprocter.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinprocter.com*
Matthew S. Sheldon
*MSheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444


*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2016, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.


Dated: January 14, 2016                    */s/ Ryan M. Dunigan*

                                                    *One of the attorneys for Defendants*