UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COUNTY OF COOK,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>Defendants. | No. 14 C 2280<br><br>Magistrate Judge Mary M. Rowland |

## ORDER

Status hearing held and continued to 3/8/2016 at 10:30 AM. Defendants will produce the information to which the parties have previously agreed by 2/15/2016. The County is given until 2/26/2016 to amend its complaint. Any motions related to the existing discovery requests must be filed by 2/26/2016.

## STATEMENT

After reviewing the parties' Joint Report Regarding Outstanding Discovery Disputes [96] and hearing oral arguments, the Court rules as follows and as more fully described on the record.

### A. The County's Discovery Requests

*1. RFP 6*

The Court finds that nonpublic financial data is not relevant and Defendants need not produce any nonpublic financial data in response to this request. The parties will meet and confer regarding the production of loan data tracked by Defendants.

*2. RFP 46 and 47*

The Court finds that these requests are overbroad. Defendants' objections are sustained. However, the County may propound new discovery requests that are narrower and more focused as discussed on the record.

### B. Defendant's Discovery Requests

*1. Definition of "Cook County"*

For purposes of discovery, the Court finds that the County's definition of "Cook County," which is limited to the Office of the President and Board of Commission-

ers, is too narrow. The parties agreed to meet and confer regarding the discrete list of additional persons and agencies that Defendants propose to include within the definition of "Cook County."

### 2. Bank of America Corp. Interrogatory No. 2

After the parties have worked out the definition of "Cook County," Defendants will narrow this request to what the County knew about Defendants making mortgages.

### 3. Bank of America Corp. Interrogatory No. 12

The County will verify that there are no nonprivileged communications between June 14, 2012, and August 27, 2013 that are responsive to this request.

### 4. Bank of America Corp. Interrogatory No. 14

Defendants withdraw their objections to the County's response to this request.

### 5. Bank of America NA Interrogatory No. 8

The County's objections are overruled. The County shall specifically and concisely describe the protected groups that the County is alleging in its Complaint were discriminated against by the Banks.

### 6. Bank of America NA Interrogatory No. 14

The County amended its response to this request as described on the record.

Dated: January 29, 2016           *Mary M Rowland*