UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COUNTY OF COOK,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**BANK OF AMERICA CORP., et al.,**<br><br>　　**Defendants.** | No. 14 C 2280<br><br>Magistrate Judge Mary M. Rowland |

### ORDER

Discovery status hearing held and continued to April 14, 2016, at 10:30 AM. The April 14 status will be limited to finalizing the custodians and disputed Turquoise data fields. By April 11, 2016, the parties shall file a joint status report identifying the custodians and Turquoise data fields still at issue. By April 22, 2016, Defendants shall file a short status report with a deadline as to when the legacy Countrywide data will be produced.

### STATEMENT

As more fully discussed at the status hearing, the following topics were discussed and the Court ruled as follows.

#### A. Verification Pages

Defendants shall supplement their discovery responses and provide verifications no later than April 22, 2016.

#### B. Systems Letter Issue

By April 22, 2016, Defendants shall verify whether there is data available on "what-if scenarios" and whether there are any data points on how actual borrowers were identified. The parties agreed to table the issue as to whether Defendants should search the Status Mart data set for relevant information until after Plaintiff has identified the allegedly discriminatory loans.

#### C. Relevant Time Period

In general and as previously ordered, Defendants shall produce information for all loans that were being processed after January 1, 2009, even if the loans originated prior to that date. In addition, Defendants shall produce legacy Countrywide electronic data for all loans originated after January 1, 2004, even if Defendants stopped servicing the loan prior to January 1, 2009. However, Defendants may produce the legacy Countrywide data as currently stored, and Plaintiff will bear the cost and burden of cleaning up the data. With regard to the legacy Countrywide data, Defendants shall produce the same data points as previously ordered, to the extent that the data is available. Defendants shall file a short status report on April

22, 2016, with a deadline as to when the legacy Countrywide data will be produced. The January 1, 2004 time period does not apply to non-electronic information.

### D. Custodians and Search Terms (RFPs 16–23, 24–39, and 55)

By March 29, 2016, Defendants shall provide Plaintiff with the available Countrywide custodians. Thereafter, the parties shall meet and confer regarding which custodians will be searched for responsive data. By April 11, 2016, the parties shall file a joint status report identifying any custodians still at issue. The issue of search terms will be addressed after the final list of custodians is determined.

### E. Definition of Cook County

In responding to Defendants' discovery requests, the Office of the Secretary to the Board shall be included in the definition of Cook County.

### F. RFP 61

Defendants' objections to producing documents responsive to this document request are **SUSTAINED**.

### G. Additional Data Fields (RFPs 12, 14–15, 48–50, and 52–52)

In producing AS400 loan servicing data, the following fields shall be included: SEC MKT, Credit Life Insurance, Discount Held, Maturity Date, Maturity Term, Sale Price, Appraisal Date, Appraisal Amount, and Grace Days. Defendants need not produce the Principal Interest Rate, Year to Date Taxes, or Remaining Term fields. Defendants shall supplement their production with the Borrower Telephone Number and the Borrower Mailing Address fields only after Plaintiff has identified the allegedly discriminatory loans.

### H. Turquoise Data Fields

On February 3, 2016, Plaintiff requested that Defendants produced 274 fields from the Turquoise database, and requested information on an additional 60 fields. On March 8, 2016, Defendants provided what information they had on these 60 fields, but Plaintiff has not sought to add any of the 60 fields to their production request. Therefore, Plaintiff is not permitted to seek production of these 60 fields By April 1, 2016, Plaintiff shall cull their requested fields—of the original 274—down to a reasonable number. The parties shall thereafter conduct meaningful meet and confers in an attempt to agree on the fields to be produced. In their joint status report to be filed on April 11, 2016, the parties shall identify which Turquoise data fields are still at issue.

Dated: March 24, 2016                                   *Mary M Rowland*