**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Honorable Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S AMENDED NOTICE OF MOTION**

Defendants hereby request that Plaintiff's Motion for a Protective Order [Dkt No. 111] ("the Motion") be set for hearing on April 14, 2016, rather than the current notice date of April 7, 2016, since the parties are already scheduled to appear before this Court on other discovery issues in this matter on April 14. Defendants recognize that the Court generally has preferred shorter status reports rather than extensive briefing on discovery issues to date, but in order to address certain unique legal issues raised in the Motion, they request the following briefing schedule in order to have this issue heard on April 14: (1) the opposition to the Motion will be due by April 6, 2016; and (2) any Reply will be due by April 11, 2016. Defendants were prepared to file a motion to compel the deposition testimony that is the subject of the Motion, but

1

given the issue will already be before the Court, Defendants do not intend to proceed with filing their motion to compel on that issue, unless preferred by the Court.

Finally, Defendants also note that the motion to compel Defendants were prepared to file also sought certain deposition testimony from the County pursuant to a Rule 30(b)(6) Deposition Notice – an issue that is not addressed by the County's Motion. Despite Defendants' 30(b)(6) notice being served on February 22, 2016 and initially noticed for March 23, 2016, the County only recently offered testimony on some, but not all, of the noticed topics. Defendants are currently conferring with the County to attempt to resolve this dispute, but if that is not possible, Defendants intend to file a motion to compel on any unresolved topics by Friday, April 1, 2016. Defendants intend to notice any such motion for presentment on April 14 as well, but note the issue in this filing in the event the Court prefers Defendants proceed otherwise.

Dated: March 30, 2016

Respectfully Submitted,

By: /s/Ryan M. Dunigan

J. Erik Connolly
*EConnolly@winston.com*
Ryan M. Dunigan
*rdunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*THefferon@goodwinprocter.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinprocter.com*
Matthew S. Sheldon
*MSheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Tel.: (202) 346-4000
Fax: (202) 346-4444

James W. McGarry
*JMcGarry@goodwinprocter.com*
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231


*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: March 30, 2016 */s/ Ryan M. Dunigan*
*One of the attorneys for Defendants*