OUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., ) | |
| COUNTRYWIDE FINANCIAL ) | Honorable Elaine E. Bucklo |
| CORPORATION, COUNTRYWIDE HOME ) | |
| LOANS, INC., COUNTRYWIDE BANK, FSB, ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE WAREHOUSE LENDING, ) | |
| LLC, BAC HOME LOANS SERVICING, LP, ) | |
| MERRILL LYNCH & CO., INC., MERRILL ) | |
| LYNCH MORTGAGE CAPITAL INC., and ) | |
| MERRILL LYNCH MORTGAGE LENDING, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO COMPEL
RULE 30(b)(6) DEPOSITION OF COOK COUNTY**

Pursuant to Rule 37(a) for the Federal Rules of Civil Procedure and Rule 37.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendants Bank of America Corporation (named here in its own capacity and as successor by October 1, 2013 *de jure* merger with Merrill Lynch & Co., Inc.); Bank of America, N.A. (named here in its own capacity and as successor by *de jure* mergers with Countrywide Bank, FSB and BAC Home Loans Servicing, L.P.); Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Merrill Lynch Mortgage Capital Inc.; and Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants"), by and through their attorneys, hereby move the Court for an order compelling Plaintiff Cook County (the "County") to provide Rule 30(b)(6) testimony, as detailed in the

accompanying Memorandum. As set out in the accompanying Memorandum filed on this date, the factors considered in determining whether to compel the County to produce this relevant and responsive discovery strongly favor granting this motion.

In compliance with L.R. 37.2, Defendants certify that after extensive consultation by telephone and email in good faith attempts to resolve differences, they are unable to reach an accord with the County's counsel over the requested relief. Specifically, as explained in the accompanying Memorandum, the County's counsel Daniel Dailey and James Evangelista held a telephonic conference with Defendants' counsel Sabrina Rose-Smith, Catalina Azuero and Alicia Rubio on these issues on March 22, 2016, and the County's counsel Daniel Dailey and Defendants' counsel Sabrina Rose-Smith held a teleconference on these issues on March 30, 2016.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and order the County to provide the requested Rule 30(b)(6) testimony.

Dated: April 6, 2016  Respectfully Submitted,

By: /s/ *Sabrina Rose-Smith*

Joel Erik Connolly
*econnolly@winston.com*
Ryan Marc Dunigan
*rdunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*thefferon@goodwinprocter.com*
Sabrina M. Rose-Smith
*srosesmith@goodwinprocter.com*
Matthew S. Sheldon
*msheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York, Avenue, N. W
Washington, DC 20001
(212) 346-4000

James W. McGarry
jmcgarry@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston MA, 02109
(617) 570-1000

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

/s/ *Sabrina Rose-Smith*
One of the attorneys for Defendants