# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Honorable Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' REPORT REGARDING DATA PRODUCTION

Pursuant to the Court's March 24, 2016 order, Defendants hereby submit this report regarding when certain legacy Countrywide data recently ordered by this Court will be produced.

As the Court is aware, Defendants already have produced origination and servicing data fields to Plaintiff for all first lien and HELOC loans that Defendants originated in Cook County on or after January 1, 2009, and all such loans that were originated before January 1, 2009, if the loans were still being serviced on January 1, 2009. On March 24, the Court ordered that the Defendants produce the same fields, if available, for all first lien and HELOC loans originated by defendant Countrywide Home Loans, Inc. in Cook County from January 1, 2004 to December 31, 2008. Defendants will produce such data where available by or before July 8, 2016.

Dated: April 22, 2016						Respectfully submitted,

							*/s/ Sabrina Rose-Smith*

							J. Erik Connolly
							*EConnolly@winston.com*
							Ryan Dunigan
							*RDunigan@winston.com*
							WINSTON & STRAWN LLP
							35 West Wacker Drive
							Chicago, Illinois 60601
							Tel.:  (312) 558-5600
							Fax:  (312) 558-5700


							Thomas M. Hefferon
							*THefferon@goodwinprocter.com*
							Sabrina Rose-Smith
							*SRoseSmith@goodwinprocter.com*
							Matthew S. Sheldon
							*MSheldon@goodwinprocter.com*
							GOODWIN PROCTER LLP
							901 New York Avenue, N.W.
							Washington, D.C. 20001
							Tel.:  (202) 346-4000
							Fax:  (202) 346-4444


							James W. McGarry
							*JMcGarry@goodwinprocter.com*
							GOODWIN PROCTER LLP
							Exchange Place
							Boston, MA 02019
							Tel.:  (617) 570-1000
							Fax:  (617) 523-1231


							*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2016, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: April 22, 2016                  */s/ Sabrina Rose-Smith*

                                              *One of the attorneys for Defendants*