IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:14-cv-02280 ) |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., AND MERRILL LYNCH MORTGAGE LENDING, INC., | ) Honorable Elaine E. Bucklo ) ) Magistrate Judge Mary M. Rowland ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

COMES NOW, Plaintiff County of Cook, through its attorney Daniel A. Dailey, and files the attached Declaration of Dr. Gary Lacefield Regarding Discovery in the above-captioned matter. Dr. Lacefield's Declaration is submitted in support of Plaintiff's request for the Turquoise database data fields identified in the parties Joint Report Regarding Outstanding Discovery Disputes filed on April 11, 2016 [ECF No. 120].

Dated: April 26, 2016

        ANITA ALVAREZ,
        STATE'S ATTORNEY FOR COOK COUNTY

        By: /s/ Daniel A. Dailey
           Special Assistant State's Attorney

James D. Montgomery, Sr.
jmontgomery@jdmlaw.com
John K. Kennedy
jkennedy@jdmlaw.com
Daniel A. Dailey
ddailey@jdmlaw.com
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North LaSalle Street
Suite 2450
Chicago, Illinois 60602
Phone: (312)977-0200
Fax: (312)977-0209

James M. Evangelista (admitted *pro hac vice*)
jim@hpllegal.com
Jeffrey R. Harris (admitted *pro hac vice*)
jeff@hpllegal.com
Darren W. Penn (admitted *pro hac vice*)
darren@hpllegal.com
David J. Worley (admitted *pro hac vice*)
david@hpllegal.com
HARRIS PENN LOWRY LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA  30361
Phone: (404)961-7650
Fax: (404)961-7651

*Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing NOTICE OF FILING on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: April 26, 2016                     /s/ Daniel A. Dailey
                                                        Daniel A. Dailey