# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br>                  Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA CORP., et al.,<br>                  Defendants. | No. 14 C 2280<br>Judge Elaine E. Bucklo<br>Magistrate Judge Mary M. Rowland |

## RESPONSE OF PLAINTIFF COUNTY OF COOK TO DEFENDANTS' MOTION TO COMPEL

Plaintiff County of Cook, by counsel, responds to defendants' motion to compel as follows:

1. On April 6, 2016, defendants moved to compel the County to produce deponents regarding topic numbers 26, 28-29, and 32-35 in defendants' amalgamated Fed. R. Civ. P. 30(b)(6) notice of deposition. [Docs. #116 & #117].

2. The parties have met and conferred regarding this request.

3. The County has identified a single deponent for topic numbers 32-35, and the parties have set a tentative date of May 24, 2016, for that deposition to proceed. This moots the motion to compel as to topic numbers 32-35.

4. The County has also identified a deponent for topic number 26, and the parties have set a tentative date of June 2, 2016, for that deposition to proceed. This moots the motion to compel as to topic number 26.

5. Topic numbers 28 and 29 relate to reduction in property tax values. In Cook County, a separate elected official – the Cook County Assessor – is responsible for real property assessments. The County lacks control over the Cook County

Assessor's Office and that office's staff. The County accordingly submits that if defendants wish to obtain the testimony of a most-knowledgeable person on those topics, defendants should serve a subpoena upon the Cook County Assessor's Office. This Court should not compel the County to produce for deposition persons beyond the County's control.

For the foregoing reasons, the motion to compel should be denied.

Respectfully submitted,

**ANITA ALVAREZ,**
**STATE'S ATTORNEY OF COOK**
**COUNTY**

By: /s/ John K. Kennedy
**JAMES D. MONTGOMERY, SR.**
**JOHN K. KENNEDY**
**DANIEL A. DAILEY**
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200

**JAMES M. EVANGELISTA** (pro hac vice)
**JEFFREY R. HARRIS** (pro hac vice)
**DARREN W. PENN** (pro hac vice)
**DAVID J. WORLEY** (pro hac vice)
HARRIS PENN LOWRY LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA 30361
(404) 961-7650
Special Assistant States Attorneys

# CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of April, 2016, I electronically filed the foregoing response with the Clerk of Court of the United States District Court for the Northern District of Illinois by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              <u>/s/ John K. Kennedy, Attorney</u>
                                              John K. Kennedy, Attorney