UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>    Defendants. | No. 14 C 2280<br><br>Magistrate Judge Mary M. Rowland |

## ORDER

Status hearing held and continued to July 28, 2016, at 10:00 AM.

## STATEMENT

The parties dispute regarding email search custodians is resolved as follows. The custodians shall include the nine confidential witnesses referred to in the complaint, as well as Rebecaa Mairone, Tony Meola, Brian Robinett, John Berens, and John Boland. The custodians will not include Edward O'Donnell, Eileen Foster, Michael Winston, Andrew Gissinger, Andy Bielanski, Barbara Desoer, Greg Lumsden, along with other proposed custodians identified in yellow in the parties' joint report [120] that are not among the confidential witnesses referred to in the complaint. The custodians will also not include the individuals identified in purple [120]. The parties were admonished to keep the search terms manageable so that the data does not become impossible to review in a timely manner.

Regarding the Turquoise database, no additional fields will be ordered. Nevertheless, Defendants are obligated to use whatever Turquoise fields are necessary to fill in gaps that have been identified in their production.

The following discovery deadlines were set. After the parties have consulted and agreed on a format, Defendants shall work with their expert to parse the address data contained in the loan data information into individual address components by May 27, 2016. The goal is to be sure the loan data can be merged with the foreclosure data. Defendants shall provide the missing data from their loan data production by June 6, 2016. Defendants shall produce the legacy Countrywide data by July 8, 2016. (See Dkt. 126). Plaintiff shall identify the loans at issue by August 15, 2016. All discovery requests shall be served by August 29, 2016. Fact discovery closes on December 15, 2016.

Dated: May 18, 2016

*Mary M Rowland*