**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., ) | |
| COUNTRYWIDE FINANCIAL ) | Honorable Elaine E. Bucklo |
| CORPORATION, COUNTRYWIDE HOME ) | |
| LOANS, INC., COUNTRYWIDE BANK, FSB, ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE WAREHOUSE LENDING, ) | |
| LLC, BAC HOME LOANS SERVICING, LP, ) | |
| MERRILL LYNCH & CO., INC., MERRILL ) | |
| LYNCH MORTGAGE CAPITAL INC., and ) | |
| MERRILL LYNCH MORTGAGE LENDING, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF MOTION**

To:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 28, 2016, or as soon thereafter as counsel may be heard, counsel for Defendants will appear before Magistrate Judge Mary M. Rowland in the courtroom usually occupied by her, Room 1342 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the Defendants' Unopposed Motion to Stay Discovery Pending A Decision of the United States Supreme Court in Dispositive Case, a copy of which has been served upon you via the Court's electronic filing system.

1

Dated: July 22, 2016                    Respectfully Submitted,

                                              By:     /s/ Thomas M. Hefferon

                                              Joel Erik Connolly
*econnolly@winston.com*
Ryan Marc Dunigan
*rdunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*thefferon@goodwinprocter.com*
Sabrina M. Rose-Smith
*srosesmith@goodwinprocter.com*
Matthew S. Sheldon
*msheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York, Avenue, N. W
Washington, DC 20001
(212) 346-4000

James W. McGarry
jmcgarry@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston MA, 02109
(617) 570-1000

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2016, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: July 22, 2016 /s/ Thomas M. Hefferon
One of the attorneys for Defendants