## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Honorable Elaine E. Bucklo |
| CORPORATION, COUNTRYWIDE HOME | ) | |
| LOANS, INC., COUNTRYWIDE BANK, FSB, | ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendants, pursuant to Local Rule 83.17, respectfully request that the Court grant leave for Ryan M. Dunigan ("Dunigan") to withdraw as counsel in the above-captioned matter. In support of this Motion, Defendants state as follows:

1.    Dunigan, an attorney from Winston & Strawn LLP, has filed an appearance on behalf of Defendants in the above-captioned case.

2.    Dunigan is leaving Winston & Strawn LLP on October 14, 2016, and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3.    J. Erik Connolly of Winston & Strawn LLP, Thomas M. Hefferon, James W. McGarry, and Matthew S. Sheldon of Goodwin Procter LLP will continue to represent

Defendants.

WHEREFORE, for the foregoing reasons, Defendants ask that this Court grant leave for Ryan M. Dunigan to withdraw, and to remove him from all service lists and as counsel for Defendants.

Dated: October 6, 2016

Respectfully Submitted,

By: /s/ *Ryan M. Dunigan*

J. Erik Connolly
*EConnolly@winston.com*
Ryan M. Dungan
*rdunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*THefferon@goodwinprocter.com*
James W. McGarry
*JMcGarry@goodwinprocter.com*
Matthew S. Sheldon
*MSheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2016, I caused a true and correct copy of the foregoing to be filed via CM-ECF, which will send notification to counsel of record.

Dated: October 6, 2016                              /s/ *Ryan M. Dunigan*
                                                    *One of the attorneys for Defendants*