IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:14-cv-02280 |
| BANK OF AMERICA CORPORATION ET Al., | ) **Honorable Elaine E. Bucklo** |
| | ) Magistrate Mary Rowland |
| Defendants. | ) ) |

**MOTION TO FOR LEAVE TO WITHDRAW**

Plaintiff, pursuant to Local Rule 83.17, respectfully request that the Court grant leave for Daniel A. Dailey ("Dailey"), of James D. Montgomery and Associates, Ltd., to withdraw as counsel in the above-captioned matter. In support of this Motion, Plaintiff states as follows:

1. Dailey, an attorney from James D. Montgomery and Associates, Ltd., has filed an appearance on behalf of Plaintiff in the above-captioned case.

2. James D. Montgomery and Associates, Ltd. will continue to represent the Plaintiff in this Matter.

WHEREFORE, Plaintiff request this Court grant leave for Daniel A. Dailey to withdraw from this matter, and to remove him from all service lists and as counsel for Plaintiff.

Dated: November 15, 2016

        ANITA ALVAREZ,
        STATE'S ATTORNEY FOR COOK COUNTY

By:   /s/ Daniel A. Dailey
      Special Assistant State's Attorney

      James D. Montgomery, Sr.
      jmontgomery@jdmlaw.com
      John K. Kennedy
      jkennedy@jdmlaw.com
      Daniel A. Dailey
      ddailey@jdmlaw.com
      JAMES D. MONTGOMERY AND
      ASSOCIATES, LTD.
      One North LaSalle Street
      Suite 2450
      Chicago, Illinois 60602
      Phone: (312)977-0200
      Fax: (312)977-0209

      James M. Evangelista (admitted *pro hac vice*)
      jim@hpllegal.com
      Jeffrey R. Harris (admitted *pro hac vice*)
      jeff@hpllegal.com
      Darren W. Penn (admitted *pro hac vice*)
      darren@hpllegal.com
      David J. Worley (admitted *pro hac vice*)
      david@hpllegal.com
      HARRIS PENN LOWRY LLP
      400 Colony Square, Suite 900
      1201 Peachtree Street, NE
      Atlanta, GA 30361
      Phone: (404)961-7650
      Fax: (404)961-7651

      *Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing **Motion for Leave to Withdraw** on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated:  November 15, 2016 /s/ Daniel A. Dailey
Daniel A. Dailey