# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br>     Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORP., et al.,<br>     Defendants. | No. 14 C 2280<br>Judge Elaine E. Bucklo<br>Magistrate Judge Mary M. Rowland |

## NOTICE OF MOTION

To: ALL COUNSEL OF RECORD

 PLEASE TAKE NOTICE that on November 22, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 2243 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Motion of Attorney Daniel Dailey for Leave to Withdraw** [Doc. #160], which was previously filed and served upon you.

            /s/ John K. Kennedy
            **JAMES D. MONTGOMERY, SR.**
            **JOHN K. KENNEDY**
            JAMES D. MONTGOMERY & ASSOCIATES, LTD.
            One North LaSalle Street, Suite 2450
            Chicago, IL 60602
            (312) 977-0200

## CERTIFICATE OF SERVICE

 I hereby certify that on November 16, 2016, I electronically filed the foregoing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

            /s/ John K. Kennedy
            John K. Kennedy, Attorney