## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

County Of Cook
                                Plaintiff,

v.                                                     Case No.: 1:14−cv−02280
                                                               Honorable Elaine E. Bucklo

Bank of America Corporation, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties Joint Motion to have the Court enter the parties' agreed upon case management schedule in light of the Supreme Court's decision in City of Miami [169] is granted. Enter Order setting the agreed case management schedule. No appearance required on 5/31/2017. Status hearing set for 7/7/2017 at 9:30 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.