IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>                Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA CORP., et al.,<br>                Defendants. | No. 14 C 2280<br>Judge Elaine E. Bucklo |

**UNOPPOSED MOTION OF PLAINTIFF COOK COUNTY FOR A TWO-DAY EXTENSION OF TIME TO FILE AMENDED PLEADING, TO MODIFY THE BRIEFING SCHEDULE, AND TO RESET THE STATUS CONFERENCE**

Plaintiff County of Cook, by counsel, moves this Court for a two-day extension of time to file its amended pleading, to modify the briefing schedule on defendants' motion to dismiss accordingly, and to reset the status conference scheduled for this Friday. In support thereof, plaintiff states as follows:

1. Plaintiff's Second Amended Complaint is due today, July 5, 2017.

2. Although a final draft has been completed, plaintiff's counsel will have insufficient time to obtain the client's final approval for filing the complaint by today's deadline. An extension of time of two days, to and including Friday, July 7, 2017, should suffice to obtain the necessary approvals.

3. Defense counsel has informed the undersigned that defendants have no objection to a two-day extension of time so long as the briefing schedule on defendants' anticipated motion to dismiss receives a corresponding extension.

4. For these reasons, we respectfully ask this Court to enter an order granting this motion, and setting the following deadlines:

    a. Plaintiff's Second Amended Complaint shall be filed on or before July 7, 2017;

    b. Defendants' motion to dismiss, or for judgment on the pleadings, shall be filed on or before August 4, 2017;

    c. Plaintiff's opposition to defendants' motion shall be filed on or before September 1, 2017;

    d. Any reply brief shall be filed on or before September 15, 2017.

5. In addition, we note that this Court has set a status conference in this matter for this Friday, July 7, 2017, at 9:30 a.m. We do not anticipate that the amended pleading will be filed by the time of the status conference, and therefore respectfully suggest that the Court order the status conference reset for a new date.

Respectfully submitted,

**KIMBERLY M. FOXX,**
**STATE'S ATTORNEY OF COOK COUNTY**

By: /s/ John K. Kennedy
**JAMES D. MONTGOMERY, SR.**
**JOHN K. KENNEDY**
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200

**JAMES M. EVANGELISTA** (pro hac vice)
**DAVID J. WORLEY** (pro hac vice)
EVANGELISTA WORLEY, LLC
8100A Roswell Road, Suite 100
Atlanta, GA 30350
(404) 205-8400
Special Assistant States Attorneys.