# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| BANK OF AMERICA CORPORATION, ) | |
| BANK OF AMERICA, N.A., ) | Case No. 14-cv-2280 |
| COUNTRYWIDE FINANCIAL ) | |
| CORPORATION, ) | Judge Elaine E. Bucklo |
| COUNTRYWIDE HOME LOANS, INC., ) | |
| COUNTRYWIDE BANK, FSB, ) | |
| COUNTRYWIDE WAREHOUSE LENDING, ) | |
| LLC, BAC HOME LOANS SERVICING, LP, ) | |
| MERRILL LYNCH & CO., INC., MERRILL ) | |
| LYNCH MORTGAGE CAPITAL INC., and ) | |
| MERRILL LYNCH MORTGAGE LENDING, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO ADJUST PAGE LIMITS

After consultation between and agreement of counsel, and pursuant to Local Rule 7.1, the parties respectfully seek leave to adjust the Local Rule page limits for briefs in connection with Defendants' impending motion pursuant to Federal Rule of Civil Procedure Rule 12 ("Rule 12 Motion"). They request that opening and opposition briefs each be no more than 25 pages in length. Defendants would collectively file a single opening and a single reply brief, though they are somewhat differently situated than each other. Plaintiffs would file a single opposition brief.

In support of this joint motion, the parties state:

1. In response to the Supreme Court ruling in *Bank of America Corp. v. City of Miami*, No. 15-1111 and *Wells Fargo & Co. v. City of Miami*, No. 15-1112 ("*City of Miami*"), Plaintiff County of Cook filed its second amended complaint ("SAC") on July 7, 2017, alleging

three claims under the federal Fair Housing Act ("FHA"), 42 U.S.C. § 3601, *et seq*. (Dkt. 177.) The SAC has over 550 separate paragraphs and is 180 pages long.

2. The deadline for a responsive pleading is August 4, 2017. (Dkt. 182.) Defendants intend to file a Rule 12 Motion, on or before that date.

3. The parties respectfully request that this Court allow Defendants to file a single consolidated Rule 12 Motion brief of up to 25 pages, and that the Court provide the same adjustment to Plaintiff, permitting a 25 page opposition brief. Defendants will limit their reply to a single brief of no more than 15 pages.

4. Previously, this Court allowed the parties to file lengthier briefs than the parties seek in this Motion. Dkt. 23. Specifically, this Court allowed Defendants to file a single 30 page opening brief in support of a Rule 12 Motion, with 30 pages for the Plaintiffs' Opposition, and a 15 page reply due to the complexities of the arguments. *See id.*

5. The request for adjustment of the local rule page limits is appropriate again for similar reasons, including the complexity of the SAC involving ten (10) separate Defendants, the new causes of action and allegations, and the need for the parties to fully brief the implications of the *City of Miami* decision, as this Court will likely have to address the implications of that decision as a matter of first impression.

WHEREFORE, the parties respectfully request that the Court grant the parties leave to file memoranda of law in connection with Defendants' Rule 12 motion with the following adjustments in brief limitations:

      a. Defendants' Opening Brief – 25 pages

      b. Plaintiff's Opposition Brief – 25 pages

      c. Defendants' Reply Brief – 15 pages

Dated: July 19 , 2017                  Respectfully Submitted,

                                         By:    /s/ J. Erik Connolly

J. Erik Connolly
econnolly@winston.com
Christopher J. Letkewicz
cletkewicz@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
thefferon@goodwinprocter.com
Sabrina M. Rose-Smith
srosesmith@goodwinprocter.com
Matthew S. Sheldon
msheldon@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York, Avenue, N. W
Washington, DC 20001
(212) 346-4000
James W. McGarry
jmcgarry@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston MA, 02109
(617) 570-1000

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

By: /s/ James M. Evangelista (with permission)
John K. Kennedy
jkennedy@jdmlaw.com
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street

3

Suite 2450
Chicago, IL 60601
T: 312.977.0200

James M. Evangelista (admitted *Pro Hac Vice*)
jme@eafirm.com
Evangelista Worley LLC
8100 A Roswell Road, Suite 100
Atlanta, GA 30350 US
1.404.205.8400
*Attorneys for Plaintiff, County of Cook*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017, I caused a true and correct copy of the foregoing to be served upon all counsel of record as of this date by electronic filing.


/s/ J. Erik Connolly