**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants"), respectively move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the County of Cook's (the "County") Second Amended Complaint ("SAC") in its entirety, with prejudice, on the grounds that the County's claims do not satisfy proximate cause, fail to allege disparate impact, and because the SAC no longer seeks recoverable damages. In support thereof, Defendants submit the accompanying Memorandum of Law and exhibits.

WHEREFORE, Defendants respectfully request that the Court dismiss the County's SAC in its entirety, with prejudice, for the reasons detailed in the accompanying Memorandum of Law.

Dated: August 4, 2017            Respectfully Submitted,

By:    /s/ Christopher J. Letkewicz

J. Erik Connolly
Christopher J. Letkewicz
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
*econnolly@winston.com*
*cletkewicz@winston.com*

Thomas M. Hefferon (*pro hac vice*)
Sabrina Rose Smith (*pro hac vice*)
Matthew S. Sheldon (*pro hac vice)*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444
*thefferon@goodwinlaw.com*

James W. McGarry (*pro hac vice*)
Catalina E. Azuero (*pro hac vice*)
Alicia Rubio (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill*

*Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

3

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2017, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

/s/ Christopher J. Letkewicz
One of the attorneys for Defendants
