```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


   COUNTY OF COOK,                  )
                                    )
              Plaintiff,            )
                                    )
         v.                         )   No. 14 C 2280
                                    )
   BANK OF AMERICA                  )
   CORPORATION, et al.              )
                                    )
              Defendants.           )
```

ORDER

Before me is Cook County's motion for clarification and reconsideration of my decision granting in part defendants' motion to dismiss. The motion is granted to clarify that the County's out-of-pocket foreclosure administration and processing costs that plausibly fall within the "first step" of causation under *Bank of America Corp. v. City of Miami*, 137 S.Ct. 1296 (2017), are not limited to the specific costs I identified in my previous decision, i.e., "additional funding for the Cook County Sheriff to serve foreclosure notices and for the Circuit Court of Cook County to process the deluge of foreclosures." The County may also present evidence to establish a direct relationship between defendants' alleged discrimination and the County's increased out-of-pocket costs in serving eviction notices, conducting judicial and administrative foreclosure

1

proceedings, and registering and inspecting foreclosed properties.

The motion is otherwise denied.

**ENTER ORDER:**

_____
**Elaine E. Bucklo**
United States District Judge

Dated: August 17, 2018