**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17, Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc. (collectively "Defendants"), respectfully request that the Court grant leave for J. Erik Connolly to withdraw as counsel in the above-captioned matter. In support of this motion, Defendants state as follows:

1. Attorneys from Goodwin & Procter LLP and Winston & Strawn LLP have filed appearances on behalf of Defendants in this case.

2. Mr. Connolly left Winston & Strawn LLP, and will no longer be participating in this case. He does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3. Thomas M. Hefferon of Goodwin & Procter LLP and Christopher J. Letkewicz of Winston & Strawn LLP will continue to represent Defendants. In addition, Joseph L. Motto of Winston & Strawn LLP will soon be entering an appearance to represent Defendants.

WHEREFORE, for the foregoing reasons, Defendants ask that this Court grant leave for Mr. Connolly to withdraw, and to remove him from all service lists and as counsel for Defendants.

Dated: September 17, 2018　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By:　/s/ Christopher J. Letkewicz

　　　　　　　　　　　　　　　　　　　Christopher J. Letkewicz
　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　Tel.: (312) 558-5600
　　　　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　　　　*cletkewicz@winston.com*

　　　　　　　　　　　　　　　　　　　Thomas M. Hefferon (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Sabrina Rose Smith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Matthew S. Sheldon (*pro hac vice)*
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　Tel.: (202) 346-4000
　　　　　　　　　　　　　　　　　　　Fax: (202) 346-4444
　　　　　　　　　　　　　　　　　　　*thefferon@goodwinlaw.com*

　　　　　　　　　　　　　　　　　　　James W. McGarry (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Catalina E. Azuero (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Alicia Rubio (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　100 Northern Avenue

Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I caused a true and correct copy of the foregoing to be served upon all counsel of record as of this date by electronic filing.

/s/ *Christopher J. Letkewicz*