**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | Honorable Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO ENTER THE PARTIES'**
**AGREED UPON AND PROPOSED SCHEDULING ORDER**

Plaintiff County of Cook (the "County") and Defendants Bank of America Corporation

for itself and as successor by *de jure* merger to Merrill Lynch & Co., Inc.; Bank of America,

N.A. for itself and as successor by *de jure* mergers to Countrywide Bank, FSB and BAC Home

Loans Servicing, LP; Countrywide Financial Corporation; Countrywide Home Loans, Inc.;

Countrywide Warehouse Lending, LLC ("CWL")[1]; Merrill Lynch Mortgage Capital Inc.; and

Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants") (together with the County,

the "Parties") respectfully and jointly move the Court to enter the Parties' agreed upon and

---

[1] CWL merged into BofA Merrill Lynch Asset Holdings, Inc. in March 2014 and CWL no longer
exists.

proposed scheduling order, and in support thereof state as follows:

1.      On July 27, 2016, discovery in this lawsuit was stayed pending a decision of the U.S. Supreme Court in *Bank of Am. Corp. v. City of Miami*, No. 15-1111.  (Dkt. No. 156.)

2.      Following the Supreme Court's decision, on July 7, 2017, the County filed the Second Amended Complaint ("SAC") in this matter.  (Dkt. No. 177.)

3.      On August 4, 2017, Defendants moved to dismiss the County's claims alleged in the SAC in light of the Supreme Court's decision.  (Dkt. No. 182.)

4.      On March 30, 2018, the Court granted in part and denied in part Defendants' motion to dismiss.  (Dkt. No. 204.)

5.      On April 27, 2018, Defendants answered the SAC.  (Dkt. No. 216.)

6.      The County moved for clarification and reconsideration of the order on the motion to dismiss (Dkt. No. 210), which the Court granted in part and denied in part on August 17, 2018 (Dkt. No. 228).

7.      Subsequently, the Court (Bucklo, J.) conducted an initial status hearing on September 12, 2018 (Dkt. No. 229), and a follow-up hearing on October 3, 2018 (Dkt. No. 238). Judge Bucklo referred the case to Judge Rowland for discovery supervision (Dkt. No. 239), and the Court (Rowland, J.) scheduled a status hearing for October 17, 2018, to discuss the status of discovery.

8.      During the October 17, 2018 status hearing, Judge Rowland ordered all fact discovery to be completed by August 1, 2019.  (Dkt. No. 242.)

9.      In light of the Court-ordered August 1, 2019 discovery cutoff, and now that the pleadings are closed, the Parties have agreed to and propose to the Court the following schedule:

| Date | Event |
|---|---|
| November 19, 2018 | **Initial Disclosures:** Parties serve amended Rule 26 disclosures |
| 45 days after the latter of: (1) the Court's ruling on whether Defendants must produce data on Bank of America, N.A. loans originated between 1/2004 and 12/2008 that were not being serviced after 1/1/2009; or (2) Defendants' production of additional Court-ordered or agreed-upon data. | **Identification of Properties:** Plaintiff to identify the specific properties at issue and damages for each property |
| August 1, 2019 | **Fact Discovery**: Close of fact discovery [*currently scheduled*] |
| August 5, 2019 | **Conference:** Status conference before Judge Bucklo [*currently scheduled*] |
| 45 days after the close of Fact Discovery (September 16, 2019) | **Expert Discovery:** Plaintiff serves expert report(s), if any |
| 45 days after Plaintiff serves expert report(s) (October 30, 2019) | **Expert Discovery:** Defendant serves expert report(s), if any |
| 40 days after Defendant serves expert report(s) (December 9, 2019) | **Expert Discovery:** All expert discovery complete |
| 40 days after the close of Expert Discovery January 20, 2020 | **Dispositive Motions:** Filing deadline |
| 40 days after opening dispositive motions are filed (March 2, 2020) | **Dispositive Motions:** Oppositions to Dispositive Motions |
| 20 days after oppositions to dispositive motion are filed (March 23, 2020) | **Dispositive Motions:** Reply Briefs |

WHEREFORE, the Parties jointly and respectfully request that this Court adopt the aforementioned litigation schedule.

Dated: November 7, 2018

Respectfully submitted,

/s/ *James M. Evangelista*

/s/ *Sabrina Rose-Smith*

James M. Evangelista
*jim@ewlawllc.com*
Kristi Stahnke McGregor
*kristi@ewlawllc.com*
David J. Worley
*david@ewlawllc.com*
Evangelista Worley, LLC
8100A Roswell Road
Suite 100
Atlanta, GA 30350
(404) 205-8400

Sanford P. Dumain
*sdumain@milberg.com*
Peggy J. Wedgworth
*pwedgworth@milberg.com*
Melissa Ryan Clark
*mclark@milberg.com*
Jennifer Sara Czeisler
*jczeisler@milberg.com*
J. Birt Reynolds
*breynolds@milberg.com*
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
(212) 594-5300

*Attorneys for Plaintiff*

Christopher Joseph Letkewicz
*cletkewicz@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
Ryan Marc Dunigan
*rdunigan@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Thomas M. Hefferon
*THefferon@goodwinprocter.com*
James W. McGarry
*JMcGarry@goodwinprocter.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinprocter.com*
Matthew S. Sheldon
*MSheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

Catalina Azuero
*cazuero@goodwinlaw.com*
James W. McGarry
*JMcGarry@goodwinlaw.com*
Courtney L. Hayden
*chayden@goodwinlaw.com*
Alicia Rubio-Spring
*arubio-spring@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2018, I caused a true and correct copy of the foregoing to be served upon counsel of record.

Dated: November 7, 2018

*/s/ Sabrina Rose-Smith*
Sabrina Rose-Smith