# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., ) | |
| COUNTRYWIDE FINANCIAL ) | Honorable Elaine E. Bucklo |
| CORPORATION, ) | |
| COUNTRYWIDE HOME LOANS, INC., ) | Magistrate Judge Mary M. Rowland |
| COUNTRYWIDE BANK, FSB, ) | |
| COUNTRYWIDE WAREHOUSE LENDING, ) | |
| LLC, BAC HOME LOANS SERVICING, LP, ) | |
| MERRILL LYNCH & CO., INC., MERRILL ) | |
| LYNCH MORTGAGE CAPITAL INC., and ) | |
| MERRILL LYNCH MORTGAGE LENDING, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NON-PARTY HEAVNER, BEYERS & MIHLAR, LLC'S
## NOTICE OF WITHDRAWAL OF FILING OF OBJECTIONS TO
## PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS (ECF No. 281)

**PLEASE TAKE NOTICE** that Non-Party Heavner, Beyers & Mihlar, LLC ("Heavner") hereby withdraws the filing of its Objections to Plaintiff's Subpoena to Produce Documents, (ECF No. 281) (the "Objections").

As reasons therefore, Heavner, Beyers & Mihlar, LLC states that it inadvertently filed the Objections when it intended solely to serve the Objections on Plaintiff County of Cook ("the County"). As indicated in its Objections, Heavner, Beyers & Mihlar, LLC is willing to meet and confer with counsel for the County at its request to discuss its Objections.

Accordingly, Heavner, Beyers & Mihlar, LLC withdraws the filing of its Objections (ECF No. 281) and respectfully requests that the Court cancel the hearing on its Objections, scheduled for May 1, 2019.  *See* ECF Nos. 283, 284.

        HEAVNER, BEYERS & MIHLAR, LLC

        By */s/Meredith Pitts*
          Meredith Pitts of Heavner,
          Beyers & Mihlar, LLC

Meredith Pitts (#6280878)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, Illinois  62525
MeredithPitts@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## CERTIFICATE OF SERVICE

       I hereby certify that on April 23, 2019, I caused a true and correct copy of the foregoing NON-PARTY HEAVNER, BEYERS & MIHLAR, LLC'S NOTICE OF WITHDRAWAL OF OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS on all parties of record by electronic filing.


Dated: April 23, 2019                                   */s/Meredith Pitts*_____
                                                                                  Meredith Pitts