**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORPORATION, )<br>BANK OF AMERICA, N.A., )<br>COUNTRYWIDE FINANCIAL )<br>CORPORATION, )<br>COUNTRYWIDE HOME LOANS, INC., )<br>COUNTRYWIDE BANK, FSB, )<br>COUNTRYWIDE WAREHOUSE LENDING, )<br>LLC, BAC HOME LOANS SERVICING, LP, )<br>MERRILL LYNCH & CO., INC., MERRILL )<br>LYNCH MORTGAGE CAPITAL INC., and )<br>MERRILL LYNCH MORTGAGE LENDING, )<br>INC., )<br>)<br>Defendants. ) | Case No. 14-cv-2280<br><br>District Judge Elaine E. Bucklo<br><br>Magistrate Judge Sunil R. Harjani |

**DEFENDANTS' MOTION TO SEAL RELATING TO
OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL**

Pursuant to Local Rule 26.2, Defendants respectfully move the Court to enter an order sealing the unredacted version of the Declaration of Benjamin R. Cox in Support of Defendants' Opposition to Plaintiff's Motion to Disqualify Counsel. In support of this Motion, Defendants state as follows:

1. The provisionally redacted statements contained within the Declaration of Benjamin R. Cox all reflect post-retention privileged communications between Goodwin and certain individuals noted as "confidential witnesses" in the County's Second Amended Complaint.

2.       The Northern District of Illinois has held that post-retention agreement communications are generally protected by the attorney-client privileged. *See, e.g.*, *Medline Indus., Inc. v. C.R. Bard, Inc.*, 2016 WL 307310, at *7 (N.D. Ill. Jan. 26, 2016).

3.       Accordingly, good cause exists to grant this Motion.

4.       Counsel for the Defendants contacted Plaintiff's counsel regarding its position on this Motion, and Plaintiff's counsel reported that they do not currently consent.

5.       Defendants also note that tomorrow they will be filing a "Request for Status Conference Hearing" with this Court to discuss contacting the "confidential witnesses" about this privileged communication filing and other subjects.

WHEREFORE, Defendants respectfully request that the Court enter an order sealing the Declaration of Benjamin R. Cox in Support of Defendants' Opposition to Plaintiff's Motion to Disqualify Counsel.

Dated: January 21, 2020            Respectfully submitted,

*/s/ Matthew S. Sheldon*

Ryan Dunigan
*RDunigan@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Matthew S. Sheldon
*MSheldon@goodwinlaw.com*
Thomas M. Hefferon
*THefferon@goodwinlaw.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinlaw.com*
Joseph F. Yenouskas
*JYenouskas@goodwinlaw.com*
Levi Swank
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

Courtney L. Hayden
*chayden@goodwinlaw.com*
James W. McGarry
*JMcGarry@goodwinlaw.com*
Alicia Rubio-Spring
*arubio-spring@goodwinlaw.com*
Catalina Azuero
*cazuero@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.


Dated: January 21, 2020          */s/ Matthew S. Sheldon*
                                             Matthew S. Sheldon
                                      *One of the attorneys for Defendants*