**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) | |
| COUNTRYWIDE FINANCIAL | ) | District Judge Elaine E. Bucklo |
| CORPORATION, | ) | |
| COUNTRYWIDE HOME LOANS, INC., | ) | Magistrate Judge Sunil R. Harjani |
| COUNTRYWIDE BANK, FSB, | ) | |
| COUNTRYWIDE WAREHOUSE LENDING, | ) | |
| LLC, BAC HOME LOANS SERVICING, LP, | ) | |
| MERRILL LYNCH & CO., INC., MERRILL | ) | |
| LYNCH MORTGAGE CAPITAL INC., and | ) | |
| MERRILL LYNCH MORTGAGE LENDING, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE REGARDING PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL

Defendants respectfully submit this Notice to inform the Court that counsel for Defendants, Goodwin Procter LLP ("Goodwin"), no longer represents any of the "confidential witnesses" that are the subject of Plaintiffs' Motion to Disqualify Counsel (Dkt. No. 388). At a status hearing on Jan. 31, 2020, this Court authorized Goodwin to withdraw from representing the confidential witnesses, in consultation with Magistrate Judge Harjani. *See* Dkt. No. 450. That withdrawal process is now complete and Goodwin no longer represents any of the "confidential witnesses" in any respect.

Dated: March 4, 2020 Respectfully submitted,

*/s/ Matthew S. Sheldon*

Ryan Dunigan
*RDunigan@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Matthew S. Sheldon
*MSheldon@goodwinlaw.com*
Thomas M. Hefferon
*THefferon@goodwinlaw.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinlaw.com*
Joseph F. Yenouskas
*JYenouskas@goodwinlaw.com*
Levi Swank
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

Courtney L. Hayden
*chayden@goodwinlaw.com*
James W. McGarry
*JMcGarry@goodwinlaw.com*
Alicia Rubio-Spring
*arubio-spring@goodwinlaw.com*
Catalina Azuero
*cazuero@goodwinlaw.com*
Yvonne Chan
*ychan@goodwinlaw.com*
Christopher Herbert
*cherbert@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendants*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 4, 2020, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: March 4, 2020          <u>/s/ Matthew S. Sheldon</u>
                                                        Matthew S. Sheldon
                                                        *One of the attorneys for Defendants*