# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

County Of Cook

                                           Plaintiff,

v.                                               Case No.: 1:14−cv−02280
                                                         Honorable Elaine E. Bucklo

Bank of America Corporation, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2020:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for disqualification of counsel is denied as moot, based on counsel's withdrawal from representation of witnesses and the protections put in place by the assigned magistrate judge. No appearance required on 5/14/2020. Status hearing set for 6/3/2020 at 9:45 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.