**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | Case No.: 14-cv-2280 |
| Plaintiff, ) | |
| ) | District Judge Elaine E. Bucklo |
| v. ) | |
| ) | Magistrate Judge Sunil R. Harjani |
| BANK OF AMERICA CORPORATION, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on July 15, 2020, at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiff County of Cook, by and through its attorneys of record, shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, to present its Motion for Sanctions Against Goodwin Procter LLP.

Dated: June 8, 2020    By: /s/ *Kenneth A. Wexler*

**KIMBERLY M. FOXX,
STATE'S ATTORNEY FOR COOK COUNTY**

Kenneth A. Wexler
Mark J. Tamblyn *(pro hac vice)*
Umar Sattar
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
kaw@wexlerwallace.com
mjt@wexlerwallace.com
us@wexlerwallace.com

1

James M. Evangelista (*pro hac vice*)
David J. Worley (*pro hac vice*)
Kristi Stahnke McGregor (*pro hac vice*)
**EVANGELISTA WORLEY, LLC**
8100A Roswell Road, Suite 100
Atlanta, Georgia 30350
Telephone: (404) 205-8400
jim@ewlawllc.com
david@ewlawllc.com
kristi@ewlawllc.com

Sanford P. Dumain (*pro hac vice*)
Peggy J. Wedgworth (*pro hac vice*)
Jennifer S. Czeisler (*pro hac vice*)
J. Birt Reynolds (*pro hac vice*)
Roy Shimon (*pro hac vice*)
Dolgora Dorzhieva (*pro hac vice*)
Ezra Salami (*pro hac vice*)
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
Telephone: (212) 594-5300
sdumain@milberg.com
pwedgworth@milberg.com
jczeisler@milberg.com
breynolds@milberg.com
rshimon@milberg.com
ddorzhieva@milberg.com
esalami@milberg.com

*Special Assistant State's Attorneys*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I caused a true and correct copy of the foregoing to be served upon all registered counsel of record through the Court's electronic filing system.

Dated: June 8, 2020                  /s/ *Kenneth A. Wexler*
                                           Kenneth A. Wexler

                                           *One of the attorneys for Plaintiff County of Cook*