# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

County Of Cook

                         Plaintiff,

v.                                                Case No.: 1:14–cv–02280

                                                 Honorable Elaine E. Bucklo

Bank of America Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: In light of the status hearing set before Magistrate Judge Harjani, Status hearing set for 8/28/2020 is stricken and reset for 11/19/2020 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 11/12/2020. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.