UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORPORATION, )<br>BANK OF AMERICA, N.A., )<br>COUNTRYWIDE FINANCIAL )<br>CORPORATION, )<br>COUNTRYWIDE HOME LOANS INC., )<br>COUNTRYWIDE BANK FSB, )<br>COUNTRYWIDE WAREHOUSE LENDING, )<br>LLC, BAC HOME LOANS SERVICING, LP, )<br>MERRILL LYNCH & CO., INC., MERRILL )<br>LYNCH MORTGAGE CAPITAL INC., and )<br>MERRILL LYNCH MORTGAGE LENDING, )<br>INC., )<br>)<br>    Defendants. ) | Case No. 14-cv-2280<br><br>District Judge Elaine E. Bucklo<br><br>Magistrate Judge Sunil R. Harjani |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION
FOR LEAVE TO AMEND THE PLEADINGS TO STATE AN
ADDITIONAL AFFIRMATIVE DEFENSE TO THE COUNTY'S CLAIMS**

    Cook County does not oppose Defendants' motion for leave to state an additional affirmative defense (Dkt No. 531) so the motion should be granted. The additional affirmative defense specifies that the County cannot recover in this action with respect to any foreclosures that were the subject of a recent settlement in *County of Cook v. HSBC North America Holdings Inc.*, No. 14-2031 (N.D. Ill.) (the "HSBC Foreclosures").

    In response to the motion for leave, the County (Dkt. No. 531) identifies a number of other affirmative defenses already pled by Defendants that may also bar the County from recovering for the HSBC Foreclosures. Defendants agree that many or all of the cited

1

affirmative defenses may also preclude recovery for the HSBC Foreclosures, but given the County's litigiousness on all issues in this matter, it is appropriate (and consistent with the Federal Rules of Civil Procedure) to have a specific affirmative defense on this issue.

The County also states that "it will remove foreclosures from its damages disclosures that are attributable to other lenders [including HSBC]," (Dkt. No. 531 at 1) but the County's most recent list of foreclosures for which it seeks recovery in this matter includes numerous cases where a HSBC entity is listed as the foreclosing party on the case docket. And the County's response brief makes clear that the County still seeks to recover *in this action* for mortgage loans on which HSBC—not Defendants—foreclosed. Specifically, the County says that it still seeks to recover for, among other things, loans originated by a Defendant in this action that were later purchased by HSBC and ultimately foreclosed on by HSBC.[1] This is flatly inconsistent with this Court's prior rulings, which have held that the County can only recover for "a narrow category" of its "alleged injuries"—"the out-of-pocket costs it claims to have incurred in processing the *discriminatory foreclosures*" conducted by the Defendants in this case. *See* Mot. to Dismiss Order, Dkt. No. 204 at 19-20 (emphasis added). And this is barred by the one-satisfaction rule because the County has already recovered for these foreclosures through the HSBC settlement.

The Court should grant Defendants' motion for leave to plead this additional affirmative defense. Doing so does not prejudice the County, which can later contest whether the defense is valid or applicable if it so chooses.

---

[1] See Resp., Dkt. No. 531 at 3. ("[T]he County does not oppose Defendants' Motion provided that the proposed additional affirmative defense would apply only to those HSBC foreclosures on HSBC-originated mortgage loans and HSBC foreclosures on mortgage loans HSBC purchased from lenders other than the Defendants here.")

Dated: October 22, 2020            Respectfully submitted,

*/s/ Matthew S. Sheldon*

Ryan Dunigan
*RDunigan@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

Matthew S. Sheldon
*MSheldon@goodwinlaw.com*
Thomas M. Hefferon
*THefferon@goodwinlaw.com*
Sabrina Rose-Smith
*SRoseSmith@goodwinlaw.com*
Joseph F. Yenouskas
*JYenouskas@goodwinlaw.com*
Levi Swank
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N St., N.W. Washington, D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

Courtney L. Hayden
*chayden@goodwinlaw.com*
James W. McGarry
*JMcGarry@goodwinlaw.com*
Alicia Rubio-Spring
*arubio-spring@goodwinlaw.com*
Catalina Azuero
*cazuero@goodwinlaw.com*
Yvonne Chan
*ychan@goodwinlaw.com*
Christopher Herbert
*cherbert@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000

Fax: (617) 523-1231

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 22, 2020, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated:  October 22, 2020                              */s/ Matthew S. Sheldon*
                                                                            Matthew S. Sheldon
                                                                            *One of the attorneys for Defendants*