UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) |
| COUNTRYWIDE FINANCIAL | ) District Judge Elaine E. Bucklo |
| CORPORATION, | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| COUNTRYWIDE BANK, FSB, | ) |
| COUNTRYWIDE WAREHOUSE LENDING, | ) |
| LLC, BAC HOME LOANS SERVICING, LP, | ) |
| MERRILL LYNCH & CO., INC., MERRILL | ) |
| LYNCH MORTGAGE CAPITAL INC., and | ) |
| MERRILL LYNCH MORTGAGE LENDING, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF BENJAMIN COX
IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
THE EXPERT TESTIMONY OF DR. GARY LACEFIELD**

I, Benjamin Cox, hereby declare as follows:

1. I am a member of the Massachusetts bar, and am admitted to practice in this Court *pro hac vice*. I am an attorney in the Boston, MA office of the law firm of Goodwin Procter LLP ("Goodwin"), counsel for Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Motion to Exclude the Expert Testimony of Dr. Gary Lacefield, filed contemporaneously herewith.

2. I make this Declaration based upon my personal knowledge, as well as my review of documents, depositions, discovery or information produced, served, obtained, or filed during

1

the course of this litigation, compiled either by me or by someone acting under my direction, supervision, and control.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Gary Lacefield, dated November 9, 2020.

4. Attached hereto as Exhibit 2 is a true and correct copy of Appendix 1 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020.

5. Attached hereto as Exhibit 3 is a true and correct copy of Appendix 2 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020.

6. Attached hereto as Exhibit 4 is a true and correct copy of Appendix 3A to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, converted to PDF format.

7. Attached hereto as Exhibit 5 is a true and correct copy of Appendix 3B to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, converted to PDF format.

8. Attached hereto as Exhibit 6 is a true and correct copy of Appendix 3C to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, converted to PDF format.

9. Exhibit 7 is intentionally omitted. Appendix 4 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, is an excel sheet which lists 87,311 loan numbers identified by Dr. Lacefield as discriminatory. When converted to PDF format, the excel sheet is hundreds of pages long, and so has not been included with this declaration, but is available upon request.

10. Attached hereto as Exhibit 8 is a true and correct copy of Appendix 5 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, converted to PDF format.

11. Exhibit 9 is intentionally omitted. Appendix 6 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020, is an excel sheet which lists 31,920 loan numbers identified

by Dr. Lacefield as discriminatory. When converted to PDF format, the excel sheet is hundreds of pages long, and so has not been included with this declaration, but is available upon request.

12. Attached hereto as Exhibit 10 is a true and correct copy of Appendix 7 to the Expert Report of Dr. Gary Lacefield, dated November 9, 2020.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Expert Report of Dr. Marsha Courchane, dated December 18, 2020.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of Sharon Stedman, dated December 18, 2020.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Expert Report of Joel Spolin, dated December 18, 2020.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Marcel Bryar, dated December 18, 2020.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Dr. Gary Lacefield (In Response to the Expert Report of Dr. Marsha J. Courchane), dated January 13, 2021.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of Dr. Gary Lacefield (In Response to the Expert Report of Sharon Stedman), dated January 13, 2021.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Expert Report of Dr. Gary Lacefield (In Response to the Expert Report of Joel Spolin), dated January 13, 2021.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Expert Report of Dr. Gary Lacefield (In Response to the Expert Report of Marcel Bryar), dated January 13, 2021.

21. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the depositions of Dr. Gary Lacefield, dated February 17, 2021 and February 18, 2021.

22. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the deposition of Dr. Charles Cowan, dated February 12, 2021.

23. Attached hereto as Exhibit 21 is a true and correct copy of HUD regulation section 4155.1 Ch.4,C.3c, entitled Evaluating Non-Traditional Credit and Insufficient Credit.

24. Attached hereto as Exhibit 22 is a true and correct copy of a document obtained from the Board of Governors of the Federal Reserve System's website on March 30, 2020 (https://www.federalreserve.gov/newsevents/testimony/braunstein20070725a.htm) titled "Statement of Sandra F. Braunstein, Director, Division of Consumer and Community Affairs, Board of Governors of the Federal Reserve System, before the Subcommittee on Oversight and Investigations Committee on Financial Services U.S. House of Representatives" and dated July 25, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 31, 2021            */s/ Benjamin R. Cox*
                                                 Benjamin R. Cox

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2021, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

*/s/ Benjamin R. Cox*
Benjamin R. Cox
