**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) |
| COUNTRYWIDE FINANCIAL | ) District Judge Elaine E. Bucklo |
| CORPORATION, | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| COUNTRYWIDE BANK, FSB, | ) |
| COUNTRYWIDE WAREHOUSE LENDING, | ) |
| LLC, BAC HOME LOANS SERVICING, LP, | ) |
| MERRILL LYNCH & CO., INC., MERRILL | ) |
| LYNCH MORTGAGE CAPITAL INC., and | ) |
| MERRILL LYNCH MORTGAGE LENDING, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE**
**EXPERT TESTIMONY OF DR. GARY LACEFIELD**

PLEASE TAKE NOTICE that filed herewith is Defendants' Motion to Exclude the

Expert Testimony of Dr. Gary Lacefield ("Motion"). Pursuant to the Tenth Amended General

Order 20-0012, Defendants are not noticing the Motion for presentment at this time, and intend

to submit a proposed briefing schedule to the Court in lieu of presentment.


Dated: March 31, 2021                              */s/ Matthew S. Sheldon*

                                               Matthew S. Sheldon
                                               *MSheldon@goodwinlaw.com*
                                               Thomas M. Hefferon
                                               *THefferon@goodwinlaw.com*
                                               Levi Swank (*pro hac vice*)
                                               *LSwank@goodwinlaw.com*
                                               GOODWIN PROCTER LLP
                                               1900 N. Street, N.W.

Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

Yvonne Chan
*ychan@goodwinlaw.com*
Benjamin R. Cox (*pro hac vice*)
*bcox@goodwinlaw.com*
Courtney L. Hayden (*pro hac vice*)
*chayden@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

Ryan Dunigan
*RDunigan@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2021, I caused a true and correct copy of the foregoing

to be served upon counsel of record as of this date by electronic filing.

<u>/s/ Matthew S. Sheldon</u>
One of the attorneys for Defendants