# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) Case No. 14-cv-2280 |
| BANK OF AMERICA, N.A., | ) |
| COUNTRYWIDE FINANCIAL | ) District Judge Elaine E. Bucklo |
| CORPORATION, | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| COUNTRYWIDE BANK, FSB, | ) |
| COUNTRYWIDE WAREHOUSE LENDING, | ) |
| LLC, BAC HOME LOANS SERVICING, LP, | ) |
| MERRILL LYNCH & CO., INC., MERRILL | ) |
| LYNCH MORTGAGE CAPITAL INC., and | ) |
| MERRILL LYNCH MORTGAGE LENDING, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCLUDE
## DR. CHARLES COWAN'S COST TABULATIONS

Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants"), hereby move to exclude Dr. Charles Cowan's cost tabulations pursuant to Federal Rule of Evidence 702 and the principles of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). The grounds for Defendants' motion are set forth in the accompanying Memorandum of Law and supporting exhibits. Defendants have not included certain data tables from certain expert reports due to length, but they are available to the Court on request.

WHEREFORE, Defendants respectfully request that the Court exclude Dr. Cowan's cost tabulations, for the reasons detailed in the accompanying Memorandum of Law.

Dated: March 31, 2021

/s/ Matthew S. Sheldon

Matthew S. Sheldon
*MSheldon@goodwinlaw.com*
Thomas M. Hefferon
*THefferon@goodwinlaw.com*
Levi Swank (*pro hac vice*)
*LSwank@goodwinlaw.com*
GOODWIN PROCTER LLP
1900 N. Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

Yvonne Chan
*ychan@goodwinlaw.com*
Benjamin R. Cox (*pro hac vice*)
*bcox@goodwinlaw.com*
Courtney L. Hayden (*pro hac vice*)
*chayden@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Ave.
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231

Ryan Dunigan
*RDunigan@winston.com*
Joseph Laurence Motto
*jmotto@winston.com*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2021, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                            */s/ Matthew S. Sheldon*
                                            One of the attorneys for Defendants