UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:14-cv-02280 |
| ) | |
| v ) | HONORABLE ELAINE E. BUCKLO |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| BANK OF AMERICA, N.A., ) | |
| COUNTRYWIDE FINANCIAL ) | |
| CORPORATION, COUNTRYWIDE HOME ) | |
| LOANS, INC., COUNTRYWIDE BANK, ) | |
| FSB, COUNTRYWIDE WAREHOUSE ) | |
| LENDING LLC, BAC HOME LOANS ) | |
| SERVICING, LP, MERRIL LYNCH & CO., ) | |
| INC., MERRIL LYNCH MORTGAGE ) | |
| CAPITAL INC., AND MERRIL LYNCH ) | |
| MORTGAGE LENDING, INC. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, it is hereby requested that the appearance of Leigh Smith be withdrawn as counsel for Plaintiff County of Cook in this matter and the Court enter the proposed order attached hereto. Plaintiff continues to be represented by attorneys from the law firms of Milberg Coleman Bryson Phillips Grossman, PLLC, Evangelista Worley, LLC, and Wexler Boley & Elgersma LLP.

| | |
|---|---|
| Dated: December 14, 2021 | Respectfully submitted,<br>By: /s/ Leigh Smith<br>Leigh Smith<br>lsmith@milberg.com<br>Sanford P. Dumain<br>sdumain@milberg.com<br>Peggy J. Wedgworth<br>pwedgworth@milberg.com<br>Jennifer S. Czeisler<br>jczeisler@milberg.com<br>Roy Shimon<br>rshimon@milberg.com<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Phone: (212) 594-5300<br><br>James M. Evangelista<br>jim@ewlawllc.com<br>David J. Worley<br>david@ewlawllc.com<br>Kristi Stahnke McGregor<br>kristi@ewlawllc.com<br>Leslie G. Toran<br>leslie@ewlawllc.com<br>**EVANGELISTA WORLEY, LLC**<br>500 Sugar Mill Road<br>Suite 245A<br>Atlanta, GA 30350<br>Phone: (404) 205-8400<br><br>Kenneth A. Wexler<br>kaw@wbe-llp.com<br>Melinda J. Morales<br>mjm@wbe-llp.com<br>Zoran Tasic<br>zt@wbe-llp.com<br>**WEXLER BOLEY & ELGERSMA LLP**<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Phone: 312-346-2222<br><br>*Special Assistant State's Attorneys*<br>*Counsel to the County of Cook* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 14, 2021 By: */s/* Leigh Smith