# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BANK OF AMERICA CORPORATION, )<br>BANK OF AMERICA, N.A., COUNTRYWIDE )<br>FINANCIAL CORPORATION, )<br>COUNTRYWIDE HOME LOANS, INC., )<br>COUNTRYWIDE BANK, FSB, )<br>COUNTRYWIDE WAREHOUSE LENDING, )<br>LLC, BAC HOME LOANS SERVICING, LP, )<br>MERRILL LYNCH & CO., INC., MERRILL )<br>LYNCH MORTGAGE CAPITAL INC., AND )<br>MERRILL LYNCH MORTGAGE LENDING, )<br>INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 1:14-cv-2280 |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

On December 29, 2021, Plaintiff County of Cook ("County" or "Plaintiff"), by and through counsel, filed its Response to Defendants' Notice of Supplemental Authority (Dkt. 661). Plaintiff now files this Notice to inform the Court that is withdrawing its previously filed Plaintiff's Response to Defendants' Notice of Supplemental Authority.

Dated: December 29, 2021                           Respectfully Submitted,


                                                  **KIMBERLY M. FOXX,**
                                                  **STATE'S ATTORNEY FOR COOK COUNTY**

1

/s/ *Kenneth A. Wexler*
Kenneth A. Wexler
*kaw@wbe-llp.com*
**WEXLER BOLEY & ELGERSMA LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222

James M. Evangelista (*pro hac vice*)
*jim@ewlawllc.com*
David J. Worley (*pro hac vice*)
*david@ewlawllc.com*
Kristi Stahnke McGregor (*pro hac vice*)
*kristi@ewlawllc.com*
Leslie G. Toran *(pro hac vice)*
*leslie@ewlawllc.com*
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road
Suite 245A
Atlanta, Georgia 30350
Telephone: (404) 205-8400

Sanford P. Dumain (*pro hac vice*)
*sdumain@milgerg.com*
Jennifer S. Czeisler (*pro hac vice*)
*jczeisler@milberg.com*
Roy Shimon (*pro hac vice*)
*rshimon@milberg.com*
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300

***Special Assistant State's Attorneys***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY to be served upon counsel of record as of this date by electronic filing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system.

Dated: December 29, 2021 */s/ Kenneth A. Wexler*
Kenneth A. Wexler