# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

County Of Cook,

Plaintiff(s),

v.

Bank of America Corporation, Bank of America
N.A., Countrywide Financial Corporation,
Countrywide Bank FSB, Countrywide Warehouse
Lending LLC, BAC Home Loans Servicing LP,
Merrill Lynch & Co., Inc., Merrill Lynch
Mortgage Captial Inc., and Merrill Lynch
Mortgage Lending, Inc. ,

Defendant(s).

Case No. 1:14-cv-02280
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

     which ☐ includes     pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Judgment is entered in favor of Defendants' Bank of America Corporation, Bank of
America N.A., Countrywide Financial Corporation, Countrywide Bank FSB, Countrywide Warehouse Lending
LLC, BAC Home Loans Servicing LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Captial Inc., and
Merrill Lynch Mortgage Lending, Inc. and against Plaintiff County of Cook.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.

ILND 450 (Rev. 10/13): Judgment in a Civil Action

☒ decided by Judge Elaine E. Bucklo on a motion for summary judgment.

Date:   2/10/2022                              Thomas G. Bruton, Clerk of Court

                                              Maria G. Hernandez , Deputy Clerk